IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| In the Matter of the Disciplinary Proceeding of Brian J. Klopfenstein, | Case No.: 22-da-00207-KHV-JWL-JAR |

### ORDER

On July 29, 2022, the Supreme Court of Missouri disciplined attorney Brian J. Klopfenstein for violating Rules 4-1.1, 4-1.3, 4-1.4 and 4-8.4(d) of the Rules of Professional Conduct. Specifically, it ordered that Mr. Klopfenstein be reprimanded with requirements pursuant to Rule 5.225 that Respondent engage in no further violations of the Rules of Professional Conduct, and within the next year complete the ethics program Keeping Your Law Practice on Track and participate in one or more random audits of his trust account.

On August 3, 2022, the Clerk of this Court entered an Order to Show Cause why this Court should not impose reciprocal discipline under Rule 83.6.4(d) of the Rules of this Court. It cautioned him that if he failed to file a timely response, the Court would enter judgment imposing upon him discipline substantially similar to that imposed by the Supreme Court of the State of Missouri. Mr. Klopfenstein did not respond.

The panel is satisfied with the action taken by the Supreme Court of Missouri and finds that the discipline meted out to Mr. Klopfenstein by that Court is adequate.

By this order, this Court reprimands Mr. Klopfenstein with requirements pursuant to Missouri Rule 5.225 that he engage in no further violations of the Rules of Professional Conduct,

and within the next year complete the ethics program Keeping Your Law Practice on Track and participate in one or more random audits of his trust account.

**IT IS SO ORDERED**

Dated this 8th day of November, 2022 at Kansas City, Kansas.

s/ Kathryn H. Vratil  
KATHRYN H. VRATIL  
United States District Judge